IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CARTER,<br><br>        Plaintiff,<br>  v.<br><br>CLYDE REESE III, et al.,<br><br>        Defendants | No. C 12-5537 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY** |

Before the Court is plaintiff Darryl Carter's "Motion for Permission for Electronic Case Filing," filed October 29, 2012, by which plaintiff requests leave to file documents in the above-titled action electronically.

Good cause appearing, plaintiff's request is hereby GRANTED, on condition that plaintiff first register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating he has received his e-filing password. If such notice is filed, the Court will assign the case to the Electronic Case Filing Program, pursuant to General Order No. 45. Other than the notice referred to above, all documents shall be filed

//

on paper unless and until the Court assigns the above-titled case to the Electronic Case Filing Program

**IT IS SO ORDERED.**

Dated: November 27, 2012

_____
MAXINE M. CHESNEY
United States District Judge