IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL CARTER,

    Plaintiff,

  v.

CLYDE REESE III, et al.,

    Defendants

No. C 12-5537 MMC

**ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND FOR A STAY OF DISCOVERY**

    Before the Court is defendants Clyde L. Reese, III and Keith Horton's Motion for Relief from Case Management Schedule and for a Stay of Discovery, filed January 9, 2013. Plaintiff has not filed opposition. Having read and considered defendants' motion, the Court hereby rules as follows.

    By said motion defendants seek a stay of discovery and ADR processes and a continuance of the Case Management Conference pending the Court's ruling on Defendants' Motion to Dismiss, which motion currently is scheduled for hearing February 15, 2013.

    Good cause appearing, defendants' motion is hereby GRANTED. Discovery and ADR deadlines are hereby STAYED, and the Case Management Conference, currently scheduled for February 1, 2013 is hereby CONTINUED to April 5, 2013.

    **IT IS SO ORDERED.**

Dated: January 18, 2013



MAXINE M. CHESNEY
United States District Judge